IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROLAND KADERLI | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv249 |
| MITCH WOODS | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Roland Kaderli., proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed two motions seeking a default judgment (doc. nos. 5 and 9). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for default judgment are **DENIED**.

So **ORDERED** and **SIGNED** this **9** day of **September, 2008.**

_____

Ron Clark, United States District Judge